**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| UNITED STATES OF AMERICA, | AUSA: Sheri Catania |
|---|---|
| Plaintiff | |
| v. | CASE NO: 19-20082-01-JAR |
| JESUS LABRADO, | Def Atty: Tim Burdick |
| Defendant | |

| JUDGE: | Julie A. Robinson | DATE: | 2/3/2020 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | | |

## STATUS CONFERENCE

This case comes before the Court for a status conference. The government appears by its counsel, Sheri Catania. Defendant appears in person and by his counsel, Tim Burdick.

The government has produced all discovery in their possession. Counsel requests a 30-day continuance to engage in some additional fact investigation as well as legal research. The Court continues the status conference to March 9, 2020 at 9:00 a.m.

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted. The period of delay resulting from the additional time granted pursuant to the court's order, **February 3, 2020 through March 9, 2020**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendant is remanded to the custody of the U.S. Marshal's Service.