IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

v.                Case No. 19-20082-JAR

**JESUS LABRADO,**
   *Defendant.*

_____

**ORDER CONTINUING STATUS CONFERENCE**
_____

  The above-entitled matter comes before the Court upon Defendant's *Motion to Continue Status Conference* [Doc. 18]. Counsel for the government has no objection to this continuance.

  Pursuant to Administrative Order No. 2020-3, all nonemergency hearings or trials before this court should be postponed pending further order of the court. The court finds that the status conference scheduled in this matter qualifies as a nonemergency and should therefore be postponed and rescheduled.

  The court further finds that the time period of this postponement implemented pursuant to the Administrative Order No. 2020-3 shall be excluded under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(A), as the Court specifically finds that for public safety reasons, the ends of justice served by

continuing this matter outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that Defendant's *Motion for Continuance (Doc. 18)* should be **granted.**

**IT IS FURTHER ORDERED** that the status conference scheduled for May 5, 2020 is continued to **June 8, 2020 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). The time period from **May 5, 2020** through **June 8, 2020** shall be excluded when calculating speedy trial time.

**IT IS SO ORDERED.**

Dated: April 29, 2020

                                          S/ Julie A. Robinson
                                          JULIE A. ROBINSON
                                          CHIEF UNITED STATES DISTRICT JUDGE